**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6125**

_____

DEONTA JEROME HICKS,

Plaintiff - Appellant,

v.

ERIC MILLER, Unit Manager,

Defendant - Appellee

and

RICK WHITE, Warden, Red Onion State Prison; CLARKE, Safety Officer, Red Onion State Prison; KEITH ALMARODE, Food Service Supervisor, Red Onion State Prison; STACY DAY, Unit Manager,

Defendants.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Pamela Meade Sargent, Magistrate Judge.  (7:22-cv-00235-PMS)

_____

Submitted:  July 29, 2025                                    Decided:  August 1, 2025

_____

Before KING, WYNN, and BERNER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

2

Deonta Jerome Hicks, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deonta Jerome Hicks appeals the civil judgment entered following a jury trial before the magistrate judge[1] on the remaining claim in Hicks' amended 42 U.S.C. § 1983 complaint, as well as the magistrate judge's earlier order granting Defendants partial summary judgment.[2]  We have reviewed the record in conjunction with the issues raised on appeal and find no reversible error.  Accordingly, we affirm the appealed-from judgment and the prior order granting, in part, Defendants' motion for summary judgment.  *See Hicks v. Miller*, No. 7:22-cv-00235-PMS (W.D. Va. Oct. 16, 2024 & Jan. 28, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[1] Despite Hicks' claim to the contrary on appeal, the record shows that the parties consented to the jurisdiction of the magistrate judge under 28 U.S.C. § 636(c).

[2] We deny Hicks' motion for the appointment of counsel on appeal.

3